#149777

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-15661 |
| | ) | |
| RAYMOND N. STEGURA, | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| Debtors | ) | **TRANSMITTAL OF UNCLAIMED** |
| | ) | **FUNDS** |

**TO THE CLERK OF COURT:**

Check No. 1001 in the amount of $2.70 represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a).

| CREDITOR(S): | CLAIM NUMBER | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| RAYMOND N. STEGURA<br>28836 CHARDON ROAD<br>WILLOUGHBY, OH 44092 | | $2.70 | $2.70 |

DATED: February 4, 2010

*[signature]*
MARY ANN RABIN (#0000009)
Rabin & Rabin Co., L.P.A.
55 Public Square, Suite 1510
Cleveland, OH 44113
216-771-8084
Trustee-in-Bankruptcy

| | | | |
|---|---|---|---|
| REFUND TO DEBTOR  Refund of overpayment by Debtor | **BANK OF AMERICA, N.A.**  32-1/1110 TX  0 | | CHECK NUMBER  **1001** |
| MARY ANN RABIN, TRUSTEE  55 PUBLIC SQUARE  SUITE NO. 1510  CLEVELAND, OH 441131901 | DATE  02/04/10 | | AMOUNT  ***********2.70 |

**2352960**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-15661    HAR | Debtor: STEGURA, RAYMOND N. |

US BANKRUPTCY COURT
HOWARD METZENBAUM BLDG.
US COURTHOUSE
201 SUPERIOR AVENUE
CLEVELAND, OH 44114

*Two Dollars And 70/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆001001⑆ ⑈111000012⑈ 4437238551⑈

---

| Date: 02/04/10 | Check Number: 1001 | Amount: 2.70 |
|---|---|---|

| | |
|---|---|
| Case Number: 08-15661    HAR  Debtor Name: STEGURA, RAYMOND N.  SSN: 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 | |
| **Paid To:** US BANKRUPTCY COURT  HOWARD METZENBAUM BLDG.  US COURTHOUSE  201 SUPERIOR AVENUE  CLEVELAND, OH 44114 | Trustee: MARY ANN RABIN, TRUSTEE  55 PUBLIC SQUARE  SUITE NO. 1510  CLEVELAND, OH 441131901 |
| Description: REFUND TO DEBTOR    Refund of overpayment by Debtor | |
| Bank Account Number:    4437238551 | |